2021R00734/SM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Katharine S. Hayden |
| v. | Crim. No. 25-cr-137 |
| KYSE S. ABUSHANAB | 18 U.S.C. §§ 2339C(c)(2)(A) and (d)(2) |
| | 18 U.S.C. § 2339B(a)(1) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

Between in or around March 2021 and in or around January 2022, in the District of New Jersey and elsewhere, the defendant,

### KYSE S. ABUSHANAB,

did knowingly conceal and disguise the nature, location, source, ownership, and control of material support and resources, knowing and intending that the support and resources were provided to a designated foreign terrorist organization, namely the Islamic State of Iraq and Syria (ISIS), contrary to Title 18, United States Code, Section 2339B(a)(1).

In violation of Title 18, United States Code, Sections 2339C(c)(2)(A) and (d)(2).

_____
JOHN GIORDANO
United States Attorney

CASE NUMBER: 25-_____

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## KYSE S. ABUSHANAB

# INFORMATION FOR

18 U.S.C. §§ 2339C(c)(2)(A) and (d)(2)
18 U.S.C. § 2339B(a)(1)

JOHN GIORDANO
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

SAMMI MALEK
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2919