UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Katharine S. Hayden |
| v. : | Crim. No. 25- cr-137 |
| KYSE S. ABUSHANAB : | **WAIVER OF INDICTMENT** |

I, Kyse S. Abushanab, the above-named defendant, who is charged with knowingly concealing and disguising the nature, location, source, ownership, and control of material support and resources, knowing and intending that the support and resources were provided to a designated foreign terrorist organization, contrary to Title 18, United States Code, Section 2339B(a)(1), in violation of Title 18, United States Code, Sections 2339C(c)(2)(A) and 2339C(d)(2), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on March 5, 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
KYSE S. ABUSHANAB
Defendant

_____
ROBERT C. SCRIVO, ESQ.
Counsel for Kyse S. Abushanab

Before: _____
HONORABLE KATHARINE S. HAYDEN
United States District Judge