**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** March 5, 2025
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** MELISSA MORMILE

**TITLE OF CASE:**  **DOCKET #  25-cr-137**
UNITED STATES OF AMERICA

    vs.
KYSE S. ABUSHANAB

    **DEFT. PRESENT**

**APPEARANCES:**
Sammi Malek, AUSA for Government
Robert Scrivo, Esq. for Defendant
Laron Day, U.S. Pretrial Services
Kristen McKeown, U.S. Pretrial Services

**Nature of Proceedings**: Initial Appearance & Plea Hearing
Formal charges read into the record.
Defendant sworn.
PLEA:  GUILTY ON COUNT 1 OF THE INFORMATION
Waiver of indictment filed.
Ordered plea agreement approved.
Ordered plea accepted.
Rule 11 application filed.
Sentencing scheduled for 9/24/25 @ 2 pm.
Ordered bail set at a $100,000 unsecured bond.
Order of Release filed with conditions.
Brady order filed.
Ordered counsel to confer and discuss briefing for sentencing submissions.

**Time Commenced:**   2:00 PM
**Time Adjourned:**    4:00 PM


                                          Christine Melillo, Deputy Clerk
                              to the Honorable Katharine S. Hayden, U.S.D.J.