

Robert C. Scrivo, Esq.
Partner
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
rscrivo@mblawfirm.com
T: 973.243.7923
F: 973.325.7467

October 28, 2025

**Via ECF**

Hon. Katharine S. Hayden, U.S.D.J.
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
50 Walnut St.
Newark, NJ 07102

    Re:    *United States v. Abushanab*
            **Crim. No. 2:25-cr-00137-KSH**

Dear Judge Hayden:

    This firm represents Kyse Abushanab in the above matter. Sentencing is scheduled for November 19, 2025, at 11:00 a.m., with Defendant's sentencing materials due on October 30, 2025. We write to respectfully request a two-week adjournment. We make this request because we have just received a draft report from our forensic psychiatrist, Brigadier General Stephen N. Xenakis (Ret.). General Xenakis evaluated Defendant on October 10th and 11th, and we are working to finalize the report and sentencing memorandum as quickly as possible but require additional time.

    The Government does not oppose this request, provided that the Government's sentencing submission due date is also adjourned accordingly to November 24, 2025. Pursuant to the Court's Order, the Government will alert the Court in a timely manner should Defendant's expert report necessitate a further adjustment to the schedule and/or the sentencing date. (*See* ECF 15).

                Respectfully submitted,

                ROBERT C. SCRIVO

RCS/gms

cc via email:   Sammi Malek, AUSA

4926-1305-9701, v. 1