DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYSE S. ABUSHANAB,<br><br>Defendant(s). | Criminal No.  2:25-CR-00137-1<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on **11/18/2025**, defendant KYSE S. ABUSHANAB, submitted sentencing materials to the Court in this case.

Date:  November 21, 2025

By:  /s/ Robert C. Scrivo
     _____
     Robert Scrivo