UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 25-137 |
| KYSE S. ABUSHANAB | : | **DISCLOSURE ORDER** |

This matter having come before the Court on the application of the United States (Sammi Malek, Assistant U.S. Attorney, appearing) for an order permitting the disclosure of the final Presentence Investigation Report in this matter, dated October 29, 2025 (the "PSR") to the expert(s) for the Government,

The defendant Kyse S. Abushanab (Robert C. Scrivo, Esq. and Andrew Gimigliano, Esq., appearing) having disclosed the PSR to the defense expert previously,

And for good cause shown,

IT IS ORDERED that the Government is permitted to share an unredacted copy of the PSR with any expert the Government has retained/will retain in connection with sentencing in this matter; and it is further

ORDERED that any such expert may not, without prior approval of this Court, disclose the PSR or its contents to any third party, except that the expert may share the contents of the PSR with anyone assisting the expert as part of his/her team in connection with preparing any expert reports or testimony.

Dated: 1/21/2026

_____
Hon. Katharine S. Hayden
United States District Judge