**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: NEWARK** **DATE:** November 10, 2026
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** DIANE DITIZII

**TITLE OF CASE:** **DOCKET #25-cr-137**
UNITED STATES OF AMERICA

vs.
KYSE ABUSHANAB

**DEFT. PRESENT**

**APPEARANCES:**
Sammi Malek, AUSA for Government
Robert Scrivo and Andrew Gimigliano, ESQ., for Defendant
Shannan Dasilva, USPO

**Nature of Proceedings**: Sentencing Hearing
Imprisonment: 15 months
Supervised Release: 25 years

Special Conditions:

1. Computer monitoring
2. Consent to search
3. Drug testing and treatment
4. Financial Disclosure
5. Life skills/Education
6. Location Monitoring
7. Mental Health treatment
8. Mental Health treatment (compliance with medications)
9. No extremist/terroristic material
10. Polygraph Examination
11. Prohibitions on gang/Terrorist criminal Associations

Special Assessment: $100 due immediately.
Interest and fine waived.
Defendant advised of his right to appeal.

It is ordered that you surrender yourself to the institution designated by and on a date set by the BOP.

Recommendation to the BOP: The Court recommends that defendant be designated to a facility as near as possible to his home address. It is also recommended that the facility is fully capable of facilitating defendant's regimen.

**Time Commenced: 11:00 AM**
**Time Adjourned: 4:30 PM**

Christine Melillo, Courtroom Deputy
to the Honorable Katharine S. Hayden, U.S.D.J.